UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DEWEY H. SIZEMORE, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:14-cv-216 |
| v. ) | |
| ) | Judge Mattice |
| DEPARTMENT OF VETERANS AFFAIRS, ) | Magistrate Judge Carter |
| *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

# ORDER

On September 25, 2014, United States Magistrate Judge William B. Carter filed a Report and Recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that Plaintiff's Motion for leave to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(e)(2) and that this action be dismissed because Plaintiff's Complaint (Doc. 1) does not set forth a claim for which relief can be granted. (Doc. 4)

Plaintiff has filed a response to Magistrate Judge Carter's Report and Recommendation. (Doc. 5). In his response, Plaintiff reiterates some of the allegations contained in his Complaint, but makes no effort explain how such allegations give rise a claim upon which relief can be granted. (*See id.*). Therefore, the Court agrees with Magistrate Judge Carter's well-reasoned Report and Recommendation and finds that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact and conclusions of law. Plaintiff's Motion for leave to proceed *in forma pauperis* is **DENIED** and the case his hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 24th day of October, 2014.

                                        */s/ Harry S. Mattice, Jr.*
                                        HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE